**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
RECEIVED DIVISION

Joseph Williams

2019 AUG 14 A 9:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_____
PLAINTIFF

v.

CASE ACTION NO.: 2:19-cv-584-ALB-SMD

MaxWay
525 V. Fairview
Montgomery, AL
DEFENDANT

JURY DEMAND (MARK ONE)

☐ YES        ☑ NO

### EEOC  COMPLAINT

1. Plaintiff resides at 3429 Richmond ct monts, AL 36111

2. Defendant(s)' name(s) Tootie Malone, David MaxWay

    Location of principal office(s) of the named defendant(s)_____
    MaxWay
    525 W/Fairview, Monts, AL 36108

    Nature of defendant(s)' business MaxWay
    A discount store

    Approximate number of individuals employed by defendant(s)_____ 2

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

    1. ☐ Failure to employ me.
    2. ☑ Termination of my employment.
    3. ☐ Failure to promote me.
    4. ☐ Other acts as specified below:_____

    _____
    _____

5. Plaintiff is:

A. ____ Presently employed by the defendant.
____ Not presently employed by the defendant. The dates of employement were
_____ Employment was terminated because:

(1) __✓__ Plaintiff was discharged.
(2) _____ Plaintiff was laid off.
(3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

A. __✓__ My race.
B. _____ My religion.
C. _____ My sex.
D. _____ My national origin.
E. _____ Other, as specified below: _RetALiAtou_

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _David (Genecal Manageo) He is WHiYe_

_____

_____

8. The alleged discrimination occurred on or about __9:30 AM__.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

I AM BlacK Individal WHo was employed as a Stockman For the Above-naMed employer Since Jane 2012. On November 21, 2018, I wGs Involved in an argument with my Store Managen, Tootie Maloune who begun yelling at me and Talking to me Unprofessionally aFt c I asKed her a WorK-Related Questuon. MS Maloue told me that I needed to Clock Out And leave the Store, WhicH I did. Soon AFtcur I called Mr. DAVid (White) Geueral Mancaser, but He wouldn't Answer, I continued to call until He Finally He Answered, When I Tried to explain the Situation, He did not want to hear my Side oF What Happened And Told me that I was not Allowed back And Never really Save me an Reason For my Termination

10. The alleged illegal activity took place at _____

_MaxWay 525 W FairVieW Ave, Monts, Al_____

_____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _~~Flim~~ _May 3 2019_ . I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _May 15 2019_

12. I seek the following relief:

A. _✔_ Recovery of back pay.
B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _8/11/2019_

_Joseph Williams_
Signature of Plaintiff

_3029 Richmod ct_
_Montg, AL_
_334 652-2264_
Address & Telephone Number of Plaintiff