IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| JOSEPH WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-584-ALB |
| MAXWAY, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

On January 10, 2020, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

3. Costs are taxed against the plaintiff.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 14th day of February 2020.

        /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE